■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HOLDER, Appellant. [794 NYS2d 915]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Knipel, J.), rendered June 12, 2002, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Schmidt, J.P., S. Miller, Santucci and Mastro, JJ., concur.